# Order

Michigan Supreme Court
Lansing, Michigan

September 15, 2010

140958

AMERICAN HOME MORTGAGE SERVICING,
      Plaintiff/Counter-
      Defendant-Appellant,

v

STEPHEN PANKO,
      Defendant/Counter-Defendant,

and

LUMBERMANS FINANCIAL, LLC,
      Defendant/Counter-Plaintiff/
      Cross-Plaintiff-Appellee,

and

RALPH HOLLEY and MELONEE MONSON-
HOLLEY, a/k/a MELONEE MONSON, a/k/a
MELONEE HOLLEY,
      Defendants/Counter-Plaintiffs/
      Cross-Defendants-Appellees.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140958
COA: 289585
Oakland CC: 2008-088841-CH

On order of the Court, the application for leave to appeal the March 9, 2010 judgment of the Court of Appeals is considered and, it appearing to the Court that the case of *Tus v Hurt* (Docket No. 139769) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010

Clerk

d0908